UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AH'NICE NEKOL-ANDREA BATTLE,

    Plaintiff,

Case No.  25-cv-11322
Hon. Matthew F. Leitman

v.

JUDGE ERANE C. WASHINGTON *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 28, 2025
Detroit, Michigan

1