UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AH'NICE NEKOL-ANDREA
BATTLE,

      Plaintiff,

v.

JUDGE ERANE C.
WASHINGTON *et al.*,

      Defendants.

Case No.  25-cv-11322
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 17) AND (2) STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF No. 18)

On May 5, 2025, Plaintiff Ah'Nice Nekol-Andrea Battle filed this lawsuit against three state court judges, the owner of a Washtenaw County apartment complex where Battle appears to have previously leased property, and the apartment complex's attorney. (*See* Compl., ECF No. 1.)  She challenged the judges' actions and decisions in separate state court litigation that she and the apartment complex are involved in, and she claimed that the Defendants, individually and collectively, violated her constitutional rights. (*See id.*)  The Court summarily dismissed Battle's Complaint on May 28, 2025. (*See* Order, ECF No. 18.)

1

On June 2, 2025, Battle filed a motion for reconsideration of the Court's dismissal order. (*See* Mot., ECF No. 18.) The Court has carefully reviewed Battle's motion for reconsideration and **DENIES** it because Battle has not shown any error in the Court's order dismissing her Complaint.

In addition, Battle has also filed a "Verified Amended Complaint and Bill in Equity" with the Court. (*See* Am. Compl., ECF No. 19.) She did so even though the Court had dismissed her initially-filed Complaint and her case is closed. Such a filing is therefore inappropriate. In any event, the Court has reviewed the Amended Complaint, and it does not cure the deficiencies that the Court identified in its dismissal order. The Court therefore **STRIKES** the Amended Complaint from the record.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126

2